# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| J. MATHEW WHITAKER, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0573 |
| | § | |
| WILLIAMS FIELD SERVICES – | § | |
| GULF COAST COMPANY, L.P., | § | |
| *et al.*, | § | |
|     Defendants. | § | |

## REMAND ORDER

For the reasons set forth in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand [Doc. # 10] is **GRANTED** and this case is **REMANDED** to the 215th Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this **24th** day of **April, 2006.**

_____
Nancy F. Atlas
United States District Judge